| OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|
| Hunter Killer Productions, Inc. | *Hunter Killer* | PA2147752 |
| Fallen Productions, Inc. | *Angel Has Fallen* | PA2197434 |
| Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA2202971 |
| LHF Productions, Inc. | *London Has Fallen* | PA0001982831 |
| Millennium Funding, Inc. (previously ME2 Productions, Inc.) | *Mechanic: Resurrection* | PA1998057 |
| HB Productions, Inc. | *Hellboy* | PA2176664 |
| Stoic Productions, Inc. | *Acts of Vengeance* | PA0002111678 |
| Voltage Holdings, LLC (previously Venice PI, LLC) | *Once Upon a Time in Venice* | PA0002039391 |
| Gunfighter Productions LLC | *Disturbing the Peace* | PAu003991009 |
| SF Film, LLC | *Skin* | PA0002173645 |
| Definition Delaware, LLC | *The Professor and The Madman* | PAu003920383 |
| Voltage Holdings, LLC (previously Wicked Nevada, LLC) | *Extremely Wicked Shockingly Evil* | PAu003953148, PAu00390567 |
| After Productions, LLC | *After* | PAu003973225 |

**Exhibit "1"**