**Exhibit "2"**

Hunter Killer (2018), hash C6F7C26601FAA47C9BB50A99BB18606C0F960DB5, 720p, 1.03 GB

0. -----------------------------





```
20. ------------------------------

email: wlnelson6@hotmail.com
last used ip: 89.187.178.220
date downloaded: 2019-01-19 02:30:53
IP Address city: , state: , zip code:
```





```
42. ------------------------------

email: adx_broncosfan@msn.com
last used ip: 71.62.71.209
date downloaded: 2019-11-26 20:20:52
IP Address city: Fredericksburg, state: Virginia, zip code: 22407
43. ------------------------------
```





158. ------------------------------

161. ------------------------------

162. ------------------------------

email: stephenhifi@hotmail.com
last used ip: 73.153.233.238
date downloaded: 2019-11-25 17:22:10
IP Address city: Westminster, state: Colorado, zip code: 80031
163. ------------------------------



```
Extremely Wicked, Shockingly Evil and Vile (2019), hash
D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5, 720p, 936.98 MB


0. -----------------------------




















4. -----------------------------

email: wlnelson6@hotmail.com
last used ip: 89.187.178.220
date downloaded: 2019-07-07 17:08:40
IP Address city: , state: , zip code:

5. -----------------------------
```

```
The Last Full Measure (2019), hash 51A15DE119BD5A35A655FFDCA8D18F584A1B9346 ,
720p, 1.03 GB
```





```
14. ------------------------------

email: wlnelson6@hotmail.com
last used ip: 89.187.178.158
date downloaded: 2020-01-21 03:35:48
IP Address city: , state: , zip code:

15. ------------------------------










20. ------------------------------
```

# CERTIFICATE OF AUTHENTICITY

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1. I am the sole shareholder, sole director and custodian of the records for Techmodo Limited. Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2. Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3. Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.

DATED: London, England, March 24, 2020.

_____
Senthil Segaran

Certificate of Authenticity - Segaran