| NO | IP | PORT | Torrent Hash | Torrent Name | Date |
|---:|---|---:|---|---|---|
| 1 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 17:10:23 |
| 2 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 17:56:51 |
| 3 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 18:16:51 |
| 4 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 19:22:51 |
| 5 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 19:31:51 |
| 6 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 20:28:51 |
| 7 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 20:39:51 |
| 8 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 21:30:51 |
| 9 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 21:39:51 |
| 10 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 22:33:51 |
| 11 | 73.153.233.238 | 61137 | 9090532B69513F182F2ACDE30F3A13F1549D3641 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/29/2019 22:41:51 |
| 12 | 73.153.233.238 | 61137 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] | 11/25/2019 16:28:40 |
| 13 | 73.153.233.238 | 61137 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] | 11/25/2019 16:30:40 |

**Exhibit "3"**
**Confirmed Stephen Moody distributions**