# Exhibit "4"
**Distributions of William Nelson**

| NO | IP | PORT | Torrent Hash |
|---:|---|---:|---|
| 35 | 5.62.59.59 | 2487 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 36 | 5.62.59.59 | 1758 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 29 | 64.33.78.157 | 62882 | AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A |
| 30 | 64.33.78.157 | 62882 | AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A |
| 92 | 64.33.78.157 | 62882 | BD72B190B0B32AA6056698E7F7DE1EFF29AA7154 |
| 167 | 64.33.78.157 | 62882 | 3CDAEC5431F1FFE1DB28021264A1C1223176D811 |
| 593 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 594 | 64.33.78.157 | 62882 | D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5 |
| 595 | 64.33.78.157 | 62882 | D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5 |
| 599 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 601 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 604 | 64.33.78.157 | 62882 | 8BD7409FB555F9FEDFCB7F447BCF1CB20555A591 |
| 605 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 606 | 64.33.78.157 | 62882 | 8BD7409FB555F9FEDFCB7F447BCF1CB20555A591 |
| 609 | 64.33.78.157 | 62882 | D790BA00AD2AE172FC9FEF77DE751FB2D3BC3421 |
| 612 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 617 | 64.33.78.157 | 62882 | 8BD7409FB555F9FEDFCB7F447BCF1CB20555A591 |
| 619 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 624 | 64.33.78.157 | 62882 | D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5 |
| 625 | 64.33.78.157 | 62882 | 8BD7409FB555F9FEDFCB7F447BCF1CB20555A591 |
| 626 | 64.33.78.157 | 62882 | D790BA00AD2AE172FC9FEF77DE751FB2D3BC3421 |
| 628 | 64.33.78.157 | 62882 | D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5 |
| 630 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 631 | 64.33.78.157 | 62882 | 8BD7409FB555F9FEDFCB7F447BCF1CB20555A591 |
| 632 | 64.33.78.157 | 62882 | D790BA00AD2AE172FC9FEF77DE751FB2D3BC3421 |
| 633 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 637 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 638 | 64.33.78.157 | 62882 | 8BD7409FB555F9FEDFCB7F447BCF1CB20555A591 |
| 639 | 64.33.78.157 | 62882 | 7E9D50ECFAAE1435B05BCB545F7592079FD39F1F |
| 645 | 64.33.78.157 | 62882 | D790BA00AD2AE172FC9FEF77DE751FB2D3BC3421 |
| 647 | 64.33.78.157 | 62882 | D790BA00AD2AE172FC9FEF77DE751FB2D3BC3421 |
| 723 | 64.33.78.157 | 62882 | DDEFD59B8252A4062C84EE50628B9B884CA3CBE2 |
| 836 | 64.33.78.157 | 62882 | B1B9222F922BD0673920D5DD299ED04ED2A36FB0 |
| 961 | 64.33.78.157 | 49711 | 1703D17EDE7F67F7E39A7587D8A5D2813E5B0722 |
| 962 | 64.33.78.157 | 49711 | 1703D17EDE7F67F7E39A7587D8A5D2813E5B0722 |
| 964 | 64.33.78.157 | 62882 | 80C23AFDAE6F87D8EFF168CEDE4446D7F2A02737 |
| 965 | 64.33.78.157 | 62882 | 80C23AFDAE6F87D8EFF168CEDE4446D7F2A02737 |
| 970 | 64.33.78.157 | 62882 | 80C23AFDAE6F87D8EFF168CEDE4446D7F2A02737 |
| 971 | 64.33.78.157 | 62882 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |
| 982 | 64.33.78.157 | 63234 | 1703D17EDE7F67F7E39A7587D8A5D2813E5B0722 |
| 989 | 64.33.78.157 | 55413 | 1703D17EDE7F67F7E39A7587D8A5D2813E5B0722 |
| 1016 | 64.33.78.157 | 56078 | 65BAF783567A2706CDC3370BADC9DDB36436D241 |
| 1021 | 64.33.78.157 | 62882 | 49F119A2421E290A8691B4B8EA83D025E74F8A59 |
| 1029 | 64.33.78.157 | 62882 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C |
| 1030 | 64.33.78.157 | 62882 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C |
| 1040 | 64.33.78.157 | 62882 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C |

| | | | |
|---:|---|---:|---|
| 1041 | 64.33.78.157 | 62882 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C |
| 1158 | 64.33.78.157 | 62882 | 49F119A2421E290A8691B4B8EA83D025E74F8A59 |
| 1232 | 64.33.78.157 | 59453 | 29F75A0609A4CF3BD1B9C171AAC70ADF3868F38D |
| 1236 | 64.33.78.157 | 59453 | 29F75A0609A4CF3BD1B9C171AAC70ADF3868F38D |
| 20 | 89.187.177.135 | 1442 | 0DAE755156B5443042CCEF362948D363E0EABAC9 |
| 41 | 89.187.177.135 | 1913 | C7816328002A703EBE9926B73DDAA294C7FC34DD |
| 42 | 89.187.177.135 | 1870 | C7816328002A703EBE9926B73DDAA294C7FC34DD |
| 331 | 89.187.177.135 | 1520 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |
| 387 | 89.187.177.135 | 6338 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 390 | 89.187.177.135 | 6210 | A2FA194F084C755DBD4D8B69048DEAF3D4B2622D |
| 391 | 89.187.177.135 | 4830 | A2FA194F084C755DBD4D8B69048DEAF3D4B2622D |
| 395 | 89.187.177.135 | 10826 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 399 | 89.187.177.135 | 6023 | CE58C3D4917225559C5E3B2F1C208054D294A204 |
| 400 | 89.187.177.135 | 6139 | CE58C3D4917225559C5E3B2F1C208054D294A204 |
| 437 | 89.187.177.135 | 6838 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 438 | 89.187.177.135 | 6908 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 439 | 89.187.177.135 | 6812 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 628 | 89.187.177.135 | 5025 | 632613270A1D1F66429CA070C9ED5CB980357471 |
| 629 | 89.187.177.135 | 5127 | 632613270A1D1F66429CA070C9ED5CB980357471 |
| 707 | 89.187.177.135 | 3993 | B42890081DFE3EDB198A58A11E7296AA8C5E5FB1 |
| 766 | 89.187.177.135 | 6242 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 767 | 89.187.177.135 | 6391 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 768 | 89.187.177.135 | 2905 | 51A15DE119BD5A35A655FFDCA8D18F584A1B9346 |
| 769 | 89.187.177.135 | 6262 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 770 | 89.187.177.135 | 6285 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 797 | 89.187.177.135 | 7888 | 51A15DE119BD5A35A655FFDCA8D18F584A1B9346 |
| 836 | 89.187.177.135 | 1244 | AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A |
| 838 | 89.187.177.135 | 1370 | AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A |
| 888 | 89.187.177.135 | 2721 | 10142A7133B784BF295AAFABDDAAC53F90EA8C88 |
| 6 | 89.187.178.220 | 1918 | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 13 | 89.187.178.220 | 3332 | 8CB68EB69763D7711BBFAC3A7FB074A89649F21D |
| 14 | 89.187.178.220 | 3234 | 8CB68EB69763D7711BBFAC3A7FB074A89649F21D |
| 44 | 89.187.178.220 | 6927 | 40F1068CD858077B174B8D0EA4B28C9B83640E8A |
| 45 | 89.187.178.220 | 6804 | 40F1068CD858077B174B8D0EA4B28C9B83640E8A |
| 300 | 89.187.178.220 | 1200 | 1E68CB4F32C151F5B76FD3CDBBF1893EF4CF6ABD |
| 313 | 89.187.178.220 | 1387 | 1E68CB4F32C151F5B76FD3CDBBF1893EF4CF6ABD |
| 314 | 89.187.178.220 | 4319 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 66 | 89.187.178.158 | 1778 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 77 | 89.187.178.158 | 1658 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 78 | 89.187.178.158 | 1689 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 159 | 89.187.178.158 | 5402 | 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 |
| 160 | 89.187.178.158 | 8393 | 2D47E0B3A5BE99C15589D9B444F2FFE718B62440 |
| 254 | 89.187.178.158 | 4205 | A4F80BCEC4680A91FC9214B198714DCB779B4A08 |
| 255 | 89.187.178.158 | 4202 | A4F80BCEC4680A91FC9214B198714DCB779B4A08 |
| 256 | 89.187.178.158 | 10665 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 257 | 89.187.178.158 | 10774 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |

| NO | Torrent Name |
|---:|---|
| 35 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 36 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 29 | The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM] |
| 30 | The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM] |
| 92 | To The Bone (2017) [BluRay] [720p] [YTS.LT] |
| 167 | Burn Your Maps (2016) [WEBRip] [720p] [YTS.LT] |
| 593 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 594 | Extremely Wicked Shockingly Evil And Vile (2019) [BluRay] [720p] [YTS.LT] |
| 595 | Extremely Wicked Shockingly Evil And Vile (2019) [BluRay] [720p] [YTS.LT] |
| 599 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 601 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 604 | After (2019) [BluRay] [1080p] [YTS.LT] |
| 605 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 606 | After (2019) [BluRay] [1080p] [YTS.LT] |
| 609 | Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT] |
| 612 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 617 | After (2019) [BluRay] [1080p] [YTS.LT] |
| 619 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 624 | Extremely Wicked Shockingly Evil And Vile (2019) [BluRay] [720p] [YTS.LT] |
| 625 | After (2019) [BluRay] [1080p] [YTS.LT] |
| 626 | Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT] |
| 628 | Extremely Wicked Shockingly Evil And Vile (2019) [BluRay] [720p] [YTS.LT] |
| 630 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 631 | After (2019) [BluRay] [1080p] [YTS.LT] |
| 632 | Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT] |
| 633 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 637 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 638 | After (2019) [BluRay] [1080p] [YTS.LT] |
| 639 | Acts Of Vengeance (2017) [WEBRip] [1080p] [YTS.LT] |
| 645 | Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT] |
| 647 | Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT] |
| 723 | Finding Steve McQueen (2019) [BluRay] [1080p] [YTS.LT] |
| 836 | Blunt Force Trauma (2015) [BluRay] [1080p] [YTS.LT] |
| 961 | Skin (2018) [BluRay] [720p] [YTS.LT] |
| 962 | Skin (2018) [BluRay] [720p] [YTS.LT] |
| 964 | Skin (2018) [BluRay] [1080p] [YTS.LT] |
| 965 | Skin (2018) [BluRay] [1080p] [YTS.LT] |
| 970 | Skin (2018) [BluRay] [1080p] [YTS.LT] |
| 971 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |
| 982 | Skin (2018) [BluRay] [720p] [YTS.LT] |
| 989 | Skin (2018) [BluRay] [720p] [YTS.LT] |
| 1016 | Disturbing The Peace (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 1021 | Disturbing The Peace (2020) [720p] [BluRay] [YTS.MX] |
| 1029 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |
| 1030 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |
| 1040 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |

| | |
|---:|:---|
| 1041 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |
| 1158 | Disturbing The Peace (2020) [720p] [BluRay] [YTS.MX] |
| 1232 | The Outpost (2020) [720p] [WEBRip] [YTS.MX] |
| 1236 | The Outpost (2020) [720p] [WEBRip] [YTS.MX] |
| 20 | Once Upon A Time In Venice (2017) [YTS.AG] |
| 41 | After.2019.1080p.WEBRip.x264-RARBG |
| 42 | After.2019.1080p.WEBRip.x264-RARBG |
| 331 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |
| 387 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] |
| 390 | Rambo.Last.Blood.2019.720p.HC.HDRip.800MB.x264-GalaxyRG[TGx] |
| 391 | Rambo.Last.Blood.2019.720p.HC.HDRip.800MB.x264-GalaxyRG[TGx] |
| 395 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 399 | After (2019) [WEBRip] [1080p] [YTS.LT] |
| 400 | After (2019) [WEBRip] [1080p] [YTS.LT] |
| 437 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] |
| 438 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] |
| 439 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] |
| 628 | London Has Fallen (2016) [1080p] [YTS.AG] |
| 629 | London Has Fallen (2016) [1080p] [YTS.AG] |
| 707 | The Last Full Measure (2019) [WEBRip] [1080p] [YTS.LT] |
| 766 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 767 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 768 | The Last Full Measure (2019) [WEBRip] [720p] [YTS.LT] |
| 769 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 770 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 797 | The Last Full Measure (2019) [WEBRip] [720p] [YTS.LT] |
| 836 | The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM] |
| 838 | The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM] |
| 888 | Extremely Wicked Shockingly Evil And Vile (2019) [BluRay] [720p] [YTS.LT] |
| 6 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] |
| 13 | All Eyez On Me (2017) [YTS.AG] |
| 14 | All Eyez On Me (2017) [YTS.AG] |
| 44 | After (2019) [BluRay] [720p] [YTS.LT] |
| 45 | After (2019) [BluRay] [720p] [YTS.LT] |
| 300 | [ OxTorrent.com ] Angel.Has.Fallen.2019.MULTi.1080p.BluRay.x264.AC3-EXTREME.mkv |
| 313 | [ OxTorrent.com ] Angel.Has.Fallen.2019.MULTi.1080p.BluRay.x264.AC3-EXTREME.mkv |
| 314 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT |
| 66 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] |
| 77 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] |
| 78 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 159 | Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| 160 | Extremely Wicked  Shockingly Evil  And Vile (2019) [WEBRip] [1080p] [YTS.AM] |
| 254 | Rambo.Last.Blood.2019.1080p.BluRay.H264.AAC-RARBG |
| 255 | Rambo.Last.Blood.2019.1080p.BluRay.H264.AAC-RARBG |
| 256 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 257 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |

| NO | Date |
|---:|---:|
| 35 | 11/27/2019 6:16:18 |
| 36 | 11/30/2019 8:59:43 |
| 29 | 4/16/2019 13:47:05 |
| 30 | 4/16/2019 15:07:24 |
| 92 | 6/24/2019 21:04:04 |
| 167 | 6/25/2019 7:23:17 |
| 593 | 7/8/2019 2:59:10 |
| 594 | 7/8/2019 3:00:21 |
| 595 | 7/8/2019 3:19:47 |
| 599 | 7/8/2019 4:36:19 |
| 601 | 7/8/2019 5:19:32 |
| 604 | 7/8/2019 8:09:13 |
| 605 | 7/8/2019 7:19:59 |
| 606 | 7/8/2019 8:18:25 |
| 609 | 7/8/2019 8:35:57 |
| 612 | 7/8/2019 7:47:34 |
| 617 | 7/8/2019 10:04:16 |
| 619 | 7/8/2019 9:21:56 |
| 624 | 7/8/2019 9:28:09 |
| 625 | 7/8/2019 10:38:24 |
| 626 | 7/8/2019 11:58:16 |
| 628 | 7/8/2019 10:09:30 |
| 630 | 7/8/2019 11:28:05 |
| 631 | 7/8/2019 12:29:23 |
| 632 | 7/8/2019 10:54:44 |
| 633 | 7/8/2019 11:57:46 |
| 637 | 7/8/2019 12:34:03 |
| 638 | 7/8/2019 12:34:03 |
| 639 | 7/8/2019 12:22:10 |
| 645 | 7/8/2019 12:54:58 |
| 647 | 7/8/2019 13:05:32 |
| 723 | 8/5/2019 4:25:14 |
| 836 | 9/2/2019 2:11:01 |
| 961 | 10/20/2019 13:50:07 |
| 962 | 10/20/2019 13:46:41 |
| 964 | 10/22/2019 3:23:30 |
| 965 | 10/22/2019 3:24:59 |
| 970 | 10/22/2019 9:07:56 |
| 971 | 10/22/2019 9:11:48 |
| 982 | 11/1/2019 5:02:35 |
| 989 | 11/1/2019 14:30:08 |
| 1016 | 2/23/2020 21:42:46 |
| 1021 | 3/28/2020 3:35:31 |
| 1029 | 3/28/2020 4:00:29 |
| 1030 | 3/28/2020 4:01:30 |
| 1040 | 3/28/2020 5:28:29 |

| | |
|---:|---:|
| 1041 | 3/28/2020 5:33:03 |
| 1158 | 3/29/2020 8:11:27 |
| 1232 | 7/15/2020 22:43:01 |
| 1236 | 7/16/2020 0:38:09 |
| 20 | 3/30/2019 4:11:28 |
| 41 | 7/5/2019 23:25:17 |
| 42 | 7/5/2019 23:19:06 |
| 331 | 11/15/2019 21:29:47 |
| 387 | 11/20/2019 22:34:42 |
| 390 | 11/22/2019 17:27:32 |
| 391 | 11/23/2019 1:28:22 |
| 395 | 11/24/2019 2:11:02 |
| 399 | 11/25/2019 4:59:10 |
| 400 | 11/25/2019 4:59:19 |
| 437 | 12/5/2019 16:23:51 |
| 438 | 12/5/2019 16:30:27 |
| 439 | 12/5/2019 16:42:08 |
| 628 | 1/21/2020 2:45:12 |
| 629 | 1/21/2020 2:45:18 |
| 707 | 2/20/2020 0:36:10 |
| 766 | 3/5/2020 12:46:24 |
| 767 | 3/5/2020 14:01:13 |
| 768 | 3/5/2020 14:19:21 |
| 769 | 3/5/2020 15:07:30 |
| 770 | 3/5/2020 16:20:23 |
| 797 | 3/28/2020 15:23:36 |
| 836 | 4/20/2020 8:11:39 |
| 838 | 4/20/2020 8:12:24 |
| 888 | 4/30/2020 21:12:47 |
| 6 | 6/9/2019 0:03 |
| 13 | 8/8/2019 0:26:13 |
| 14 | 8/8/2019 0:26:13 |
| 44 | 10/23/2019 23:42:13 |
| 45 | 10/23/2019 23:57:16 |
| 300 | 12/18/2019 1:29:02 |
| 313 | 12/18/2019 7:38:04 |
| 314 | 12/30/2019 9:21:14 |
| 66 | 9/7/2019 9:01:58 |
| 77 | 9/8/2019 12:52:36 |
| 78 | 9/8/2019 13:08:18 |
| 159 | 11/16/2019 16:12:02 |
| 160 | 11/16/2019 19:55:56 |
| 254 | 12/8/2019 22:05:05 |
| 255 | 12/8/2019 22:06:07 |
| 256 | 12/9/2019 6:51:39 |
| 257 | 12/9/2019 6:51:39 |