| NO | IP | PORT | Torrent Hash | Torrent Name | Date |
|---|---|---|---|---|---|
| 1 | 71.62.71.209 | 44194 | C6F7C26601FAA47C9BB50A99BB18606C0F960DB5 | Hunter Killer (2018) [BluRay] [720p] [YTS.AM] | 2/3/2019 16:53:39 |

**Exhibit "5"**
**Confirmed distribution of Tidewell**