IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2842-PAB-MEH

FALLEN PRODUCTIONS, INC., et al,

    Plaintiffs,

v.

STEPHEN MOODY, et al.,

    Defendants.

---

**STIPULATION FOR DISMISSAL OF DEFENDANT STEPHEN MOODY WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

---

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs FALLEN PRODUCTIONS, INC. and HUNTER KILLER PRODUCTIONS, INC. and Defendant STEPHEN MOODY, by and through their counsel, that pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by Plaintiffs against Defendant STEPHEN MOODY be and is hereby dismissed with prejudice.

Plaintiffs FALLEN PRODUCTIONS, INC. and HUNTER KILLER PRODUCTIONS, INC. and Defendant STEPHEN MOODY do not seek an award of attorney's fees and/or costs.

The remaining Plaintiffs RAMBO V PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., HB PRODUCTIONS, INC., STOIC PRODUCTIONS, INC., VOLTAGE HOLDINGS, LLC, GUNFIGHTER PRODUCTIONS,

LLC, SF FILMS, LLC, DEFINITION DELAWARE, LLC, AFTER PRODUCTIONS, LLC, MORGAN CREEK PRODUCTIONS, INC., and LAUNDRY FILMS, INC. have made no claims against Defendant STEPHEN MOODY in the First Amended Complaint.

No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiffs and the Defendant STEPHEN MOODY following dismissal.

This Stipulation has been executed by counsel for Plaintiffs and counsel for Defendant STEPHEN MOODY.

Plaintiffs and Defendant STEPHEN MOODY request the Court to retain jurisdiction until September 30, 2021 for the purposes of enforcing the Settlement Agreement.

Note that this action does not terminate the matter as claims remain against other Defendants.

No answer or motion for summary judgment has been filed.

//
//
//
//
//
//
//
//
//
//
//

DATED: Kailua-Kona, Hawaii, November 6, 2020.

<u>/s/ Kerry S. Culpepper</u>

Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com
Attorney for Plaintiffs: Fallen Productions, Inc.; Hunter Killer Productions, Inc.; Rambo V Productions, Inc.; LHF Productions Inc.; Millennium Funding, Inc.; HB Productions, Inc.; Stoic Productions, Inc.; Voltage Holdings, LLC; Gunfighter Productions, LLC; SF Film, LLC; Definition Delaware, LLC; Morgan Creek Productions, Inc., Laundry Films, Inc. and After Productions, LLC.


DATED: Denver, Colorado, November 6, 2020.
<u>/s/ Keith Gantenbein</u>

Keith Gantenbein
Gantenbein Law Firm
1760 Gaylord Street
Denver, CO 80206
Phone: (303) 618-2122
Fax: (303) 872- 6649
Email: keith@gantenbeinlaw.com
Attorney for Defendant Stephen Moody



IT IS SO ORDERED:

3

20-022C