**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. <u>1:20-cv-2842-PAB-MEH</u>

FALLEN PRODUCTIONS, INC., et al,

    Plaintiffs,

v.

STEPHEN MOODY, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT TY TIDWELL WITH PREJUDICE**

---

Plaintiffs FALLEN PRODUCTIONS, INC. and HUNTER KILLER PRODUCTIONS, INC. provide notice of their voluntary dismissal under Federal Rule of Civil Procedure ("FRCP") 41(a) of Defendant TY TIDWELL <u>with prejudice</u>.

This dismissal is pursuant to FRCP 41(a)(1)(A)(i).

Plaintiffs FALLEN PRODUCTIONS, INC. and HUNTER KILLER PRODUCTIONS, INC. and Defendant TY TIDWELL do not seek an award of attorney's fees and/or costs.

The remaining Plaintiffs RAMBO V PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., HB PRODUCTIONS, INC., STOIC PRODUCTIONS, INC., VOLTAGE HOLDINGS, LLC, GUNFIGHTER PRODUCTIONS, LLC, SF FILMS, LLC, DEFINITION DELAWARE, LLC, AFTER PRODUCTIONS, LLC, MORGAN CREEK PRODUCTIONS, INC., and LAUNDRY FILMS, INC. have made no claims against Defendant TY TIDWELL in the First Amended Complaint.

20-022B

No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiffs and the Defendant TY TIDWELL following dismissal.

Note that this action does not terminate the matter as claims remain against other Defendants.

No answer or motion for summary judgment has been filed.

DATED: Kailua-Kona, Hawaii, November 10, 2020.

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:         kculpepper@culpepperip.com
Attorney for Plaintiffs: Fallen Productions, Inc.; Hunter Killer Productions, Inc.; Rambo V Productions, Inc.; LHF Productions Inc.; Millennium Funding, Inc.; HB Productions, Inc.; Stoic Productions, Inc.; Voltage Holdings, LLC; Gunfighter Productions, LLC; SF Film, LLC; Definition Delaware, LLC; Morgan Creek Productions, Inc., Laundry Films, Inc. and After Productions, LLC.